1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIAM ROUSER,                        No.  2:21-cv-01396-KJM-JDP (PC)

12            Plaintiff,

13        v.                                 ORDER

14    S. GYLES, et al.,

15            Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19    by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On November 3, 2022, the magistrate judge filed findings and recommendations, which

21    were served on all parties and which contained notice to all parties that any objections to the

22    findings and recommendations were to be filed within fourteen days.  Neither party has filed

23    objections to the findings and recommendations.

24        The court presumes any findings of fact are correct.  *See Orand v. United States*, 602 F.2d

25    207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See*

26    *Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the

27    magistrate judge are reviewed de novo by both the district court and [the appellate] court

28    /////

                                        1

. . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1.  The findings and recommendations filed November 3, 2022, are adopted in full;

2.  Plaintiff's motion for preliminary injunctive relief, ECF No. 9, is denied without prejudice; and

3.  This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED:  January 17, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2