IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM ROUSER,** | Case No. 2:21-cv-01396-KJM-JDP (PC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **S. GYLES, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' *ex parte* application for an extension of time to file a responsive pleading is **GRANTED**. If Defendants' Motion for an Order Revoking Plaintiff's *In Forma Pauperis* Status is denied, Defendants shall file a responsive pleading within thirty days of the Court's final order denying that motion.

IT IS SO ORDERED.

Dated:   February 26, 2023                                   _____
                                                                                    JEREMY D. PETERSON
                                                                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28